**In the Interest of R.F.J. and M.C.J., Plaintiff,**

**Juvenile Officer, Respondent,**

v.

**J.A.Y. (Mother), Appellant,**

**M.J., Sr., (Father), Appellant.**

**Nos. WD 68464, WD 68465.**

Missouri Court of Appeals,
Western District.

April 1, 2008.

Kimberely J. Shaw, Columbia, MO, for plaintiffs.

Linda G. Harris, Columbia, MO, for appellant, J.A.Y.

Melissa A. Faurot, Columbia, MO, for appellant, M.J. Sr.

Ellen K. Haynes, Columbia, MO, for respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

J.Y., the natural mother, appeals the judgments terminating the parental rights of her minor daughters, R.F.J. and M.C.J., pursuant to RSMo section 211.447.4(2), (3), and (6) (2000). M.J., the natural father, appeals the judgment terminating the parental rights of his daughter, M.C.J., pursuant to section 211.447.4(2), (3), and (6).

For reasons stated in the memorandum provided to the parties, we affirm. **Rule 84.16(b).**